**Michael VANARTSDALEN, Petitioner**

**v.**

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2015-8002.**

United States Court of Appeals, Federal Circuit.

May 9, 2016.

John Stephen Wirthlin, Jr., Beirne & Wirthlin Co., Cincinnati, OH, argued for petitioner.

Kara Westercamp, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin; Rafael Alberto Madan, Jason P. Cooley, Office of Justice Programs, Office of the General Counsel, United States Department of Justice, Washington, DC.

PROST, Chief Judge, DYK and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** ***See*** **Fed. Cir. R. 36.**